RECEIVED

JUN 2 2 2006

Federal Public Defender
San Francisco

FILED

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
Facsimile: (415) 436-7234
Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-06-70345 MEJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXTENDING TIME |
| | ) | UNDER RULE 5.1 AND EXCLUDING |
| EDMON BRENT ALLEN, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the instant matter June 5, 2006 for defendant's initial appearance on the complaint. On June 14, 2006, the parties again appeared in front of the Honorable Maria-Elena James for a detention hearing and the matter was continued to July 7, 2006 for arraignment.

2 On June 14, 2006, Assistant Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from June 14, 2006 to July 7, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties are involved in discussions which appear likely to lead to pre-indictment resolution of this case. Therefore, the parties are requesting an extension of

1 | time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree
2 | that the time from June 14, 2006 to July 7, 2006 should be extended under Rule 5.1(d) and
3 | excluded in computing the time within which an information or indictment must be filed. See 18
4 | U.S.C. § 3161(h)(8)(A) and (B)(iv).

5 |    3. In light of the foregoing facts, the failure to grant the requested exclusion would
6 | unreasonably deny counsel for the defense the reasonable time necessary for effective
7 | preparation, taking into account the exercise of due diligence. See id. The ends of justice would
8 | be served by the Court excluding the proposed time period. These ends outweigh the best
9 | interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

10 |    4. For the reasons stated, the time period from June 14, 2006 to July 7, 2006 is extended
11 | under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
12 | U.S.C. § 3161(h)(8)(A).

14 | IT IS SO STIPULATED.

16 | DATED: 6/16/06

Respectfully Submitted,

NAHLA RAJAN
Special Assistant United States Attorney

20 | DATED: 6/28/06

RONALD TYLER
Counsel for Edmon Brent Allen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 | DATED: 6/30/06

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge   NAN DOR LAOV

STIPULATION AND PROPOSED ORDER          2
3-06-70345 MEJ