1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6838
7     Facsimile:  (415) 436-7234
      Email: nahla.rajan@usdoj.gov
8

9  Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No.  3-06-70345 MEJ
                                    )
14        Plaintiff,                )
                                    )   [PROPOSED] ORDER AND
15    v.                            )   STIPULATION EXTENDING TIME
                                    )   UNDER RULE 5.1 AND EXCLUDING
16 EDMON BRENT ALLEN,               )   TIME UNDER THE SPEEDY TRIAL ACT
                                    )
17        Defendant.                )
                                    )
18 ─────────────────────────────────

19 The parties stipulate and agree, and the Court finds and holds, as follows:

20        1. The parties initially appeared on the instant matter in front of the Honorable Maria-

   Elena James on June 5, 2006 for defendant's initial appearance on the complaint. On June 14,
21
   2006, the parties appeared for a detention hearing and the matter was continued to July 7, 2006
22
   for arraignment. On July 7, 2006, the matter was again continued to July 28, 2006 for
23
   arraignment.
24
          2. On July 28, 2006, the parties appeared in front of the Honorable Bernard Zimmerman,
25
   and the matter was continued to September 13, 2006 for arraignment.
26
          3. On July 28, 2006, Assistant Public Defender Ronald Tyler, who represents the
27
   defendant, requested an exclusion of time from July 28, 2006 to September 13, 2006, based on
28
   effective preparation and continuity of counsel. The defendant agreed to an extension of time for

   STIPULATION AND PROPOSED ORDER                 1
   3-06-70345 MEJ

1    the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

2    time under the Speedy Trial Act. The parties are involved in discussions which appear likely to

3    lead to pre-indictment resolution of this case. Therefore, the parties are requesting an extension

4    of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree

5    that the time from July 28, 2006 to September 13, 2006 should be extended under Rule 5.1(d)

6    and excluded in computing the time within which an information or indictment must be filed.

7    See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

8        4. In light of the foregoing facts, the failure to grant the requested exclusion would

9    unreasonably deny counsel for the defense the reasonable time necessary for effective

10    preparation, taking into account the exercise of due diligence. See id. The ends of justice would

11    be served by the Court excluding the proposed time period. These ends outweigh the best

12    interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

13        5. For the reasons stated, the time period from July 28, 2006 to September 13, 2006 is

14    extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial

15    Act, 18 U.S.C. § 3161(h)(8)(A).

16

17    IT IS SO STIPULATED.

18

19    DATED: August 1, 2006                 Respectfully Submitted,

20

21                                            /S/
                                      NAHLA RAJAN

22                                       Special Assistant United States Attorney

23    DATED: August 16, 2006              /S/
                                      RONALD TYLER

24                                       Counsel for Edmon Brent Allen

25

26    PURSUANT TO STIPULATION, IT IS SO ORDERED.

27

28    DATED: 16 Aug 06                                    
                                    HONORABLE BERNARD ZIMMERMAN
                                    United States Magistrate Judge

STIPULATION AND PROPOSED ORDER       2
3-06-70345 MEJ